United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIANO BENJAMIN GUTIERREZ-MUNOZ § § § § CIVIL ACTION NO. 7:22-CV-428 | |
| VS. § § CRIMINAL ACTION NO. 7:19-CR-1097-4 | |
| UNITED STATES OF AMERICA § | |

### ORDER OF DISMISSAL

The Court having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge Juan F. Alanis in Order of even date herewith is of the opinion that Respondent's request for DISMISSAL should be granted, and this cause of action should be dismissed.

It is, therefore, ORDERED that Movant's § 2255 Motion to Vacate is DENIED, that this cause of action is hereby DISMISSED, and that a certificate of appealability is also DENIED.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

SO ORDERED September 30, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge