**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States of America

*versus*                                                                 Case Number: 7:19–cr–01097

Mariano Benjamin Gutierrez–Munoz

# NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: November 7, 2024.

Nathan Ochsner, Clerk